ROBERT HANDY, an Infant, by JAMES R. HANDY, His Guardian ad Litem, Respondent, *v.* HADLEY-LUZERNE UNION FREE SCHOOL DISTRICT No. 1, Appellant.

Argued March 4, 1938; decided March 18, 1938.

*C. E. Fitzgerald* and *James McPhillips* for appellant.

*Glenn A. Frank* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and new trial granted, with costs to abide the event. Evidence of notice of any defect in the slide is lacking. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.